DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: ddickinson@littler.com

Attorney for Defendant
CHECKR, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER BAUMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHECKR, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:21-cv-01520-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CHECKR, INC. TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff WALTER BAUMANN ("Plaintiff") and Defendant CHECKR, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of September 13, 2021, up to and including **October 13, 2021**.

The requested extension is necessary in light of the fact that Defendant's counsel was recently retained.  The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 25, 2021

Respectfully submitted,

*/s/ Erik W. Fox*
JAMIE S. COGBURN, ESQ.
ERIK W. FOX, ESQ.
COGBURN LAW

Attorneys for Plaintiff
WALTER BAUMANN

Dated: August 25, 2021

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
CHECKR, INC.

**IT IS SO ORDERED.**

Dated: August 25, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4811-6320-9719.1 / 091435-1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.