DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:          702.862.8811
Email:             ddickinson@littler.com

Attorney for Defendant
CHECKR, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER BAUMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHECKR, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:21-cv-01520-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CHECKR, INC. TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Plaintiff WALTER BAUMANN ("Plaintiff") and Defendant CHECKR, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of October 13, 2021, up to and including **November 12, 2021**.

This is the second request for an extension of time to respond to the Complaint.  The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter.  The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: October 6, 2021

Respectfully submitted,


*/s/ Erik W. Fox*
JAMIE S. COGBURN, ESQ.
ERIK W. FOX, ESQ.
COGBURN LAW

Attorneys for Plaintiff
WALTER BAUMANN

Dated: October 6, 2021

Respectfully submitted,


*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
CHECKR, INC.

**IT IS SO ORDERED.**

Dated: 10-6-2021

_____
UNITED STATES MAGISTRATE JUDGE

4846-4894-0029.1 / 091435-1151

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.