DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:  702.862.8800
Fax No.:  702.862.8811
Email:  ddickinson@littler.com

Attorney for Defendant
CHECKR, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER BAUMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHECKR, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:21-cv-01520-GMN-VCF<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT CHECKR, INC. TO FILE RESPONSIVE PLEADING**<br><br>**[THIRD REQUEST]** |

Plaintiff WALTER BAUMANN ("Plaintiff") and Defendant CHECKR, INC. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of November 12, 2021, up to and including **December 3, 2021**.

This is the third request for an extension of time to respond to the Complaint.  The requested extension is necessary due to the upcoming Thanksgiving holiday and attempts to resolve this matter.  The additional time will allow the parties to complete these discussions regarding the handling of the case and potential resolution before having to engage in motion practice.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  This request is made in good faith and not for the purpose of delay, and the parties believe the
2  interests of judicial economy support granting this extension.

3  Dated: November 11, 2021                              Dated: November 11, 2021

4  Respectfully submitted,                               Respectfully submitted,

5

6  */s/ Erik W. Fox*                                     */s/ Diana G. Dickinson*
7  JAMIE S. COGBURN, ESQ.                                DIANA G. DICKINSON, ESQ.
   ERIK W. FOX, ESQ.                                     LITTLER MENDELSON, P.C.
8  COGBURN LAW
                                                         Attorney for Defendant
9  Attorneys for Plaintiff                               CHECKR, INC.
10 WALTER BAUMANN

11
                                    **IT IS SO ORDERED.**
12
                                           Dated: 11/12/2021
13                                                _____

14

15                                         _____
16                                         UNITED STATES MAGISTRATE JUDGE

17  4859-1561-3442.1 / 091435-1151

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.